**People of the State of Illinois, Plaintiff-Appellee, v. John W. Parker, Defendant-Appellant.**

**Gen. No. 52,874.** ■■■■■■■

First District, Second Division.

September 15, 1970.

Stradford, Lafontant, Gibson, Fisher & Cousins, of Chicago (Jewel Lafontant and Cornelius E. Toole, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Klein, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.